

Case 3:11-cr-00012    Document 585    Filed 05/08/12

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-cr-00012-12 |
| | ) | |
| MICHAEL BROWN | ) | |

### DEFENDANT MICHAEL BROWN'S MOTION FOR LEAVE TO ADOPT PREVIOUSLY FILED PRETRIAL MOTIONS OF CO-DEFENDANTS

The Defendant Michael Brown, by and through counsel, moves this Honorable Court to allow him leave to adopt the motions and arguments of all previously filed motions by Co-Defendants, which equally apply to him.

Respectfully submitted this 8th day of May, 2012.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com